John M. Hoffman, trading as Hoffman Electric Company, not Inc., appellant, v. Lake View Avenue Building Corporation et al., appellees. Gen. No. 39,570.

Opinion filed January 10, 1938. Rehearing denied January 24, 1938.

A. M. Fitzgerald and Harold V. Snyder, for appellant; Harold V. Snyder, of counsel. Pruitt & Grealis and McNab, Holmes & Long, for appellees; Allan W. Cook and Lorentz B. Knouff, of counsel.

Mr. Justice Matchett delivered the opinion of the court.